UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | Case No. 18-34527 |
| BAILEY FOUR CANYON RANCH | § | |
|    PROPERTIES, LTD, | § | (Chapter 7) |
|     Debtor. | § | |
| | § | |

## TRUSTEE'S NOTICE OF ABANDONMENT

**THE TRUSTEE PROPOSES TO ABANDON CERTAIN SCHEDULED ASSETS OF THE ESTATE. IF YOU OPPOSE THE ABANDONMENT, YOU MUST FILE AN OBJECTION WITHIN 14 DAYS AS SET FORTH IN RULE 6007(A) OF THE FEDERAL RULES OF BANKRUPTCY PROCEDURE.**

1. The Trustee determined after investigation that the real property referred to as Twin Lakes in Tyler County, Texas, as described on Schedule A/B at Dkt. 102 is of inconsequential value and/or is burdensome to the estate because there is no equity in the property realizable by the estate. *See* 11 U.S.C. § 554(a); FRBP 6007(a).

Respectfully submitted,

*/s/ Christopher R. Murray*
4119 Montrose Blvd., Suite 230
Telephone: (832) 529-1999
chris@jmbllp.com
*Chapter 7 Trustee*

## Certificate of Service.

I certify that on December 26, 2021, I served this pleading through the Court's ECF system

*/s/ Christopher R. Murray*